638

Kirell Francis BETTIS, Appellant

v.

Timothy F. GEITHNER, Secretary of the Treasury, et al., Appellees.

No. 09–5057.

United States Court of Appeals, District of Columbia Circuit.

Sept. 3, 2009.

Kirell Francis Bettis, Tehachapi, CA, pro se.

Warden, Tehachapi, CA, for Appellant.

BEFORE: SENTELLE, Chief Judge, and GINSBURG and GARLAND, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 12, 2009, 2009 WL 350648, be affirmed. The district court properly dismissed the complaint without prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because its "factual contentions are clearly baseless." *See Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.